171 A.3d 1265

STATE OF NEW JERSEY, PLAINTIFF, v. TARIQ S. GATHERS, DEFENDANT-MOVANT.

279 Sept.Term 2017
079274

October 20, 2017

ORDER

It is ORDERED that the motion for leave to file a supplemental respondent's brief as within time (M–279) is granted.